| | |
|---|---|
| 1 | Steven W. Moore State Bar No. 193068 |
| 2 | steven.moore@ogletreedeakins.com<br>Sarah R. Nichols State Bar No. 233099 |
| 3 | sarah.nichols@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 4 | Steuart Tower, Suite 1300<br>One Market Plaza |
| 5 | San Francisco, CA  94105<br>Telephone:     415.442.4810 |
| 6 | Facsimile:     415.442.4870 |
| 7 | Attorneys for Defendant<br>EINSTEIN NOAH RESTAURANT GROUP, INC. |
| 8 | Richard M. Rogers, State Bar No. 045843 |
| 9 | RogersRMR@yahoo.com<br>LAW OFFICE OF RICHARD M. ROGERS |
| 10 | 100 Bush Street, #1980<br>San Francisco, CA  94104 |
| 11 | Telephone:     415.981-9788<br>Facsimile:     415.981-9798 |
| 12 | Attorneys for Plaintiff |
| 13 | NICOLE GOGARTY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE GOGARTY | Case No. C-11-01964-SI |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| EINSTEIN NOAH RESTAURANT GROUP, INC. and DOES 1 through 5, inclusive, | |
| Defendant. | Judge:     Hon. Susan Illston |

TO THE CLERK OF THE ABOVE CAPTIONED COURT:

 IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiffs NICOLE GOGARTY, and Defendant EINSTEIN NOAH RESTAURANT GROUP, INC. as follows:

Case No. C-11-01964-SI
STIPULATION OF DISMISSAL

1.     This action was commenced on March 23, 2011.

2     The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3.     This action is hereby dismissed, in its entirety, with prejudice.

4.     The parties mutually agree to waive any and all claims for costs of suit or attorney's fees as a result of this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 16, 2011     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sarah R. Nichols
Sarah R. Nichols
*Attorneys for Defendant*
EINSTEIN NOAH RESTAURANT GROUP, INC.

DATED: November 16, 2011     THE LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
Richard M. Rogers
*Attorney for Plaintiff*
NICOLE GOGARTY

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11301627.1 (OGLETREE)